■ PENN-GROVER ENVELOPE CORPORATION, Respondent, v FAMILY MEDIA, INC., Appellant.—In an action, inter alia, to recover money for goods sold and delivered, the defendant appeals from a judgment of the Supreme Court, Queens County (Graci, J.), entered September 24, 1985, which is in favor of the plaintiff and against it in the principal sum of $22,863.68, after a nonjury trial.

Ordered that the judgment is affirmed, with costs.

Although the defendant does have a constitutional right to due process of law, from which the right to be heard by counsel has been inferred (see, People ex rel. Silbert v Cohen,

29 NY2d 12, 14; *Carlisle v County of Nassau,* 64 AD2d 15, 18; *see also, Potashnick v Port City Constr. Co.,* 609 F2d 1101, 1117-1118, *reh denied* 613 F2d 314, *cert denied* 449 US 820), inasmuch as the defendant was represented by counsel throughout the trial, we cannot conclude that the trial court's exclusion of cocounsel, who was to be called as a witness for the defendant, deprived the defendant of due process. Niehoff, J. P., Lawrence, Weinstein and Sullivan, JJ., concur.